IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS SANCHEZ | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security | | |
| Administration | : | NO. 14-4026 |

## O R D E R

AND NOW, this 2ⁿᵈ day of **November**, 2015, upon consideration of Plaintiff's Brief

and Statement of Issues in Support of Request for Review, Defendant's Response to Request for

Review of Plaintiff, and Plaintiff's Reply, and after review of the Report and Recommendation

of United States Magistrate Judge Thomas J. Rueter, it is hereby

## O R D E R E D

1.      The Report and Recommendation is **APPROVED** and **ADOPTED**.

2.      Plaintiff's Request for Review is **GRANTED**, and the decision of the

Commissioner of the Social Security Administration is **REVERSED** to the extent that the matter

is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further

proceedings consistent with United States Magistrate Judge Thomas J. Rueter's Report and

Recommendation.

3.      Judgment is entered in favor of plaintiff, reversing the decision of the

Commissioner for the purpose of this remand only.

BY THE COURT:

_____
GERALD A. McHUGH,   J.